1176

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.* [48 Misc 2d 690.]

In the Matter of the Claim of KATIE HOWARD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*

H. WARREN VAN KUREN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 44884.) — STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Staley, Jr., J.

STEPHEN A. KELLY et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 42252.) — REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.

ROBERT L. HUNT et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 42077.) — REYNOLDS, J.